# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1007
_____

KRYSTAL HINSON,

Appellant,

v.

AGENCY FOR HEALTH CARE
ADMINISTRATION,

Appellee.

_____

On appeal from the Public Employee Relations Commission.
Donna Poole, Chair.

January 23, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and M.K. THOMAS, JJ.,
concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Donald E. Pinaud, Jr. of All Florida Justice, LLC a/k/a Law Office of Don Pinaud, Jacksonville, for Appellant.

Tracy Cooper George, Chief Appellate Counsel, and Andrew T. Sheeran, General Counsel, Agency for Health Care Administration, Tallahassee, for Appellee.